UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HILDA L. SOLIS, Secretary of Labor, United
States Department of Labor,

      Plaintiff,

v.                                  Case No.  5:10-cv-603-Oc-34TBS

TRIPLE T CONSTRUCTION 401(k) PLAN,
TRIPLE T CONSTRUCTION, INC., and
GEORGE THOMPSON, III,

      Defendants.

_____/

ORDER

      Pending before the Court is the Joint Motion For Extension Of Mediation

Deadline. (Doc. 28.)  The parties are engaged in settlement negotiations and request

a thirty-day extension of the February 29, 2012 mediation deadline.  Upon due

consideration, the Joint Motion For Extension Of Mediation Deadline (Doc. 28) is

GRANTED.  The mediation deadline is extended until March 29, 2012.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on February 29, 2012.

THOMAS B. SMITH
United States Magistrate Judge

      Copies to all Counsel